**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Rick Wayne Rickgauer<br>        Laurie Ann McKnight Rickgauer<br>aka Laurie Ann McKnight aka Laurie Ann<br>McKnight-Rickgauer<br>                Debtor(s) | CHAPTER 13<br><br>BKY. NO. 23-10600 JCM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of New Residential Mortgage Loan Trust 2017-6 and index same on the master mailing list.

Respectfully submitted,

/s/ Brian C. Nicholas
Brian Nicholas
17 Nov 2023, 10:36:50, EST

Brian C. Nicholas, Esq. (317240) ☑
Denise Carlon, Esq. (317226) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com