IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No: 23-10600-JCM |
| | : | |
| Rick Wayne Rickgauer and | : | Chapter 13 |
| Laurie Ann McKnight Rickgauer, | : | |
| Debtors, | : | |
| _____ | : | Related to Docket No: 9 |
| Rick Wayne Rickgauer and | : | |
| Laurie Ann McKnight Rickgauer, | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| No Respondent, | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J Winnecour, Esquire, | : | |
| Chapter 13 Trustee. | : | |

## ORDER TO EXTEND DEADLINE REGARDING COMPLETION OF THE FILING OF CHAPTER 13 PETITION, SCHEDULES, CHAPTER 13 PLAN PAYMENT AND PROOF OF INCOME

**AND NOW** on this __21st__ day of __November__, 2023, upon consideration of Debtors' Motion to Extend Deadline Regarding Completion of the Filing of Chapter 13 Petition, Schedules, Chapter 13 Plan Payment and Proof of Income, it is hereby **ORDERED, ADJUDGED, AND DECREED** that said Motion is **GRANTED**. Debtor shall have until **December 8, 2023**, [14 days later] to file their Chapter 13 Schedules, Statement of Financial Affairs, Proof of Income, and all other information and forms required.

BY THE COURT,

_____ glb
John C Melaragno, Judge
United States Bankruptcy Court

SIGNED
11/21/23 1:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 23-10600-JCM

Rick Wayne Rickgauer     Chapter 13

Laurie Ann McKnight Rickgauer

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 2

Date Rcvd: Nov 21, 2023     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rick Wayne Rickgauer, Laurie Ann McKnight Rickgauer, 1754 Cherry Street, Lake City, PA 16423-1213 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor New Residential Mortgage Loan Trust 2017-6 bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Rick Wayne Rickgauer dan@mrdebtbuster.com<br>katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Laurie Ann McKnight Rickgauer dan@mrdebtbuster.com<br>katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-1                             User: auto                                     Page 2 of 2
Date Rcvd: Nov 21, 2023                   Form ID: pdf900                              Total Noticed: 1

TOTAL: 5