IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                  :    CASE NO. 23-10600
                                                        :
Rick Wayne Rickgauer and,                               :
Laurie Ann McKnight Rickgauer,                          :    CHAPTER 13
                    Debtors                             :
                                                        :

**PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)**

**DATES OF ENCLOSED PAYMENT ADVICES:**

**RICK:**

**September 15, 2023**

**September 29, 2023**

**October 13, 2023**

**October 27, 2023**

**LAURIE:**

**September 28, 2023**

**October 12, 2023**

**October 26, 2023**

**November 9, 2023**

**Next Payment Advice Expected (post-filing):**

**RICK:**

**November 10, 2023**

**LAURIE:**

**November 23, 2023**

C.C.                    RICKGAUER, RICK & LAURIE

Emily Hosack LLC
229 Main Street West
PA 16417

Rick W Rickgauer
1754 Cherry Street
Lake City, PA 16423

**Employee Pay Stub**  Check number: 3066  Pay Period: 08/30/2023 - 09/12/2023  Pay Date: 09/15/2023

**Employee**
Rick W Rickgauer, 1754 Cherry Street, Lake City, PA 16423

**SSN**
***-**-9555

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 35:00 | 22.00 | 770.00 | 15,112.25 |
| Vac Hourly | 5:00 | 22.00 | 110.00 | 454.00 |
| sick pay | | | | 264.00 |
| Holiday | | | | 602.00 |
| | 40:00 | | 880.00 | 16,432.25 |

| Sick | Accrued | Used | Available |
|---|---|---|---|
| Current | 0:00 | 0:00 | 0:00 |
| YTD | 0:00 | 12:00 | |

| Vacation | Accrued | Used | Available |
|---|---|---|---|
| Current | 0:00 | | 19:00 |
| YTD | | 21:00 | |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local | -8.80 | -164.32 |
| LST | -2.00 | -38.00 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -31.00 | -560.00 |
| Social Security Employee | -54.56 | -1,018.80 |
| Medicare Employee | -12.76 | -238.27 |
| PA - Withholding | -27.02 | -504.45 |
| PA - Unemployment | -0.61 | -11.50 |
| | -136.75 | -2,535.34 |
| **Net Pay** | **743.25** | **13,896.91** |

Emily Hosack LLC, 229 Main Street West, PA 16417                                   Powered by **Intuit Payroll**

Emily Hosack LLC
229 Main Street West
PA 16417

Rick W Rickgauer
1754 Cherry Street
Lake City, PA 16423

29

| **Employee Pay Stub** | Check number: 3077 | | | | Pay Period: 09/13/2023 - 09/26/2023 | | Pay Date: 09/26/2023 | |
|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | | | |
| Rick W Rickgauer, 1754 Cherry Street, Lake City, PA 16423 | | | | | ***-**-9555 | | | |

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount | **Vacation** | Accrued | Used | Available |
|---|---|---|---|---|---|---|---|---|
| Hourly | 5:00 | 22.00 | 110.00 | 15,222.25 | Current | 0:00 | | 19:00 |
| Vac Hourly | | | | 454.00 | YTD | | 21:00 | |
| sick pay | | | | 264.00 | | | | |
| Holiday | | | | 602.00 | | | | |
| | 5:00 | | 110.00 | 16,542.25 | | | | |

| **Taxes** | | | Current | YTD Amount |
|---|---|---|---|---|
| Local | | | -1.10 | -165.42 |
| LST | | | 0.00 | -38.00 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | 0.00 | -560.00 |
| Social Security Employee | | | -6.82 | -1,025.62 |
| Medicare Employee | | | -1.60 | -239.87 |
| PA - Withholding | | | -3.38 | -507.83 |
| PA - Unemployment | | | -0.08 | -11.58 |
| | | | -12.98 | -2,548.32 |
| **Net Pay** | | | 97.02 | 13,993.93 |

Emily Hosack LLC
229 Main Street West
PA 16417

Rick W Rickgauer
1754 Cherry Street
Lake City, PA 16423

| **Employee Pay Stub** | | Check number: 3082 | | | | Pay Period: 09/27/2023 - 10/10/2023 | | Pay Date: 10/13/2023 | |
|---|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | | **SSN** | | | |
| Rick W Rickgauer, 1754 Cherry Street, Lake City, PA 16423 | | | | | | ***-**-9555 | | | |

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount | **Sick** | **Accrued** | **Used** | **Available** |
|---|---|---|---|---|---|---|---|---|
| Hourly | 40:00 | 22.00 | 880.00 | 16,872.25 | Current | 0:00 | 0:00 | 0:00 |
| Vac Hourly | | | | 454.00 | YTD | 0:00 | 12:00 | |
| sick pay | | | | 264.00 | | | | |
| Holiday | | | | 602.00 | **Vacation** | **Accrued** | **Used** | **Available** |
| | 40:00 | | 880.00 | 18,192.25 | Current | 0:00 | | 19:00 |
| **Taxes** | | | **Current** | **YTD Amount** | YTD | | 21:00 | |
| Local | | | -8.80 | -181.92 | | | | |
| LST | | | -2.00 | -42.00 | | | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | | | |
| Federal Withholding | | | -31.00 | -611.00 | | | | |
| Social Security Employee | | | -54.56 | -1,127.92 | | | | |
| Medicare Employee | | | -12.76 | -263.79 | | | | |
| PA - Withholding | | | -27.02 | -558.49 | | | | |
| PA - Unemployment | | | -0.61 | -12.73 | | | | |
| | | | -136.75 | -2,797.85 | | | | |
| **Net Pay** | | | 743.25 | 15,394.40 | | | | |

Emily Hosack LLC, 229 Main Street West, PA 16417                    Powered by **Intuit Payroll**

Emily Hosack LLC
229 Main Street West
PA 16417

Rick W Rickgauer
1754 Cherry Street
Lake City, PA 16423

| **Employee Pay Stub** | | Check number: 3089 | | | Pay Period: 10/11/2023 - 10/24/2023 | | Pay Date: 10/27/2023 | |
|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | | | |
| Rick W Rickgauer, 1754 Cherry Street, Lake City, PA 16423 | | | | | ***-**-9555 | | | |
| **Earnings and Hours** | Qty | Rate | Current | YTD Amount | **Sick** | Accrued | Used | Available |
| Hourly | 40:00 | 22.00 | 880.00 | 17,752.25 | Current | 0:00 | 0:00 | 0:00 |
| Vac Hourly | | | | 454.00 | YTD | 0:00 | 12:00 | |
| sick pay | | | | 264.00 | | | | |
| Holiday | | | | 602.00 | **Vacation** | Accrued | Used | Available |
| | 40:00 | | 880.00 | 19,072.25 | Current | 0:00 | | 19:00 |
| **Taxes** | | | Current | YTD Amount | YTD | | 21:00 | |
| Local | | | -8.80 | -190.72 | | | | |
| LST | | | -2.00 | -44.00 | | | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | | | |
| Federal Withholding | | | -31.00 | -642.00 | | | | |
| Social Security Employee | | | -54.56 | -1,182.48 | | | | |
| Medicare Employee | | | -12.76 | -276.55 | | | | |
| PA - Withholding | | | -27.02 | -585.51 | | | | |
| PA - Unemployment | | | -0.62 | -13.35 | | | | |
| | | | -136.76 | -2,934.61 | | | | |
| **Net Pay** | | | **743.24** | **16,137.64** | | | | |

Emily Hosack LLC, 229 Main Street West, PA 16417                                                                                                    Powered by **Intuit Payroll**

**. BROTHERSON M.D., INC.**
EST 8TH STREET
PA 16505

**Earnings Statement**

Check Date: September 28, 2023
Period Beginning: Sept. 11, 2023
Period Ending: Sept. 24, 2023

Laurie A McKnight-Rickgauer    Employee Number    78
Basis    Hourly

Department    1    Voucher Number    107561
Net Pay    
Check Amount    1,329.38

| gs | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
|  | 23.50 | 76.50 | 1797.75 | 1381.79 | 32472.12 |
| ntrib | 0.00 |  | 53.93 |  | 1092.60 |
| ion |  |  |  | 104.00 | 2444.00 |
| ay |  |  |  | 48.00 | 1128.00 |
| nal |  |  |  | 16.00 | 376.00 |
| **Total Gross Pay** |  | 76.50 | 1797.75 | 1549.79 | 36420.12 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| FITW | S/1 | 1697.75 | 151.19 | 3079.65 |
| MED |  | 1797.75 | 26.07 | 528.09 |
| MED-HI |  | 1797.75 |  |  |
| PA |  | 1797.75 | 55.19 | 1118.10 |
| PA-250201N |  | 1797.75 | 21.21 | 429.75 |
| PA-ERI3 |  | 1797.75 | 2.00 | 40.00 |
| PASUI-E |  | 1797.75 | 1.25 | 25.49 |
| SS |  | 1797.75 | 111.46 | 2258.05 |
| **Total Tax Withholding** |  |  | 368.37 | 7479.13 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| 401K | 100.00 | 2000.00 |
| **Total Deductions** | 100.00 | 2000.00 |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx0738 | xxxxxx2423 | 1329.38 |
| **Total Direct Deposits** |  | 1329.38 |

| Accruals | Balance |
|---|---|
| Personal | 0.00 |
| Vacation | 16.00 |

--- REMOVE DOCUMENT ALONG THIS PERFORATION ---

GARY T. BROTHERSON M.D., INC.
1801 WEST 8TH STREET
ERIE, PA 16505

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND GREEN APPEAR HERE

Direct Deposit Advice

Check Date    Voucher Number
September 28, 2023    107561

***This is not a check***
Direct Deposit Voucher
0409 1    78 107561 9
Laurie A McKnight-Rickgauer
1754 Cherry St
Lake City, Pa 16423

VOID

**GARY T. BROTHERSON M.D., INC.**
1801 WEST 8TH STREET
ERIE, PA 16505

**Earnings Statement**

Check Date: October 12, 2023
Period Beginning: Sept. 25, 2023
Period Ending: October 08, 2023

LAURIE A MCKNIGHT-RICKGAUER   Employee Number  78
Pay Basis    Hourly

Department  1   Voucher Number  107579
Net Pay  1,314.71
Check Amount

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Regular | 23.50 | 75.68 | 1778.48 | 1457.47 | 34250.60 |
| ER Contrib | 0.00 | | 53.35 | | 1145.95 |
| Vacation | | | | 104.00 | 2444.00 |
| Holiday | | | | 48.00 | 1128.00 |
| Personal | | | | 16.00 | 376.00 |
| **Total Gross Pay** | | 75.68 | 1778.48 | 1625.47 | 38198.60 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| FITW | S/1 | 1678.48 | 148.88 | 3228.53 |
| MED | | 1778.48 | 25.79 | 553.88 |
| MED-HI | | 1778.48 | | |
| PA | | 1778.48 | 54.60 | 1172.70 |
| PA-250201N | | 1778.48 | 20.99 | 450.74 |
| PA-ERI3 | | 1778.48 | 2.00 | 42.00 |
| PASUI-E | | 1778.48 | 1.25 | 26.74 |
| SS | | 1778.48 | 110.26 | 2368.31 |
| **Total Tax Withholding** | | | 363.77 | 7842.90 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| 401K | 100.00 | 2100.00 |
| **Total Deductions** | 100.00 | 2100.00 |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx0738 | xxxxxx2423 | 1314.71 |
| **Total Direct Deposits** | | 1314.71 |

| Accruals | Balance |
|---|---|
| Personal | 0.00 |
| Vacation | 16.00 |

--- REMOVE DOCUMENT ALONG THIS PERFORATION ---

**GARY T. BROTHERSON M.D., INC.**
1801 WEST 8TH STREET
ERIE, PA 16505

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND GREEN ARE PRESENT

Check Date   Voucher Number
October 12, 2023   107579

***This is not a check***
Direct Deposit Voucher

LAURIE A MCKNIGHT-RICKGAUER
1754 Cherry St
Lake City, Pa 16423

VOID

**Earnings Statement**

**GARY T. BROTHERSON M.D., INC.**
1801 WEST 8TH STREET
ERIE, PA 16505

Check Date: October 26, 2023
Period Beginning: October 09, 2023
Period Ending: October 22, 2023

LAURIE A MCKNIGHT-RICKGAUER    Employee Number    78

Department: 1
Voucher Number: 107597
Net Pay: 1,331.70
Check Amount:

Pay Basis: Hourly

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Regular | 23.50 | 76.63 | 1800.81 | 1534.10 | 36051.41 |
| ER Contrib | 0.00 | | 54.02 | | 1199.97 |
| Vacation | | | | 104.00 | 2444.00 |
| Holiday | | | | 48.00 | 1128.00 |
| Personal | | | | 16.00 | 376.00 |
| **Total Gross Pay** | | 76.63 | 1800.81 | 1702.10 | 39999.41 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| FITW | S/1 | 1700.81 | 151.56 | 3380.09 |
| MED | | 1800.81 | 26.11 | 579.99 |
| MED-HI | | 1800.81 | | |
| PA | | 1800.81 | 55.28 | 1227.98 |
| PA-250201N | | 1800.81 | 21.25 | 471.99 |
| PA-ERI3 | | 1800.81 | 2.00 | 44.00 |
| PASUI-E | | 1800.81 | 1.26 | 28.00 |
| SS | | 1800.81 | 111.65 | 2479.96 |
| **Total Tax Withholding** | | | 369.11 | 8212.01 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| 401K | 100.00 | 2200.00 |
| **Total Deductions** | 100.00 | 2200.00 |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx0738 | xxxxxx2423 | 1331.70 |
| **Total Direct Deposits** | | 1331.70 |

| Accruals | Balance |
|---|---|
| Personal | 0.00 |
| Vacation | 16.00 |

REMOVE DOCUMENT ALONG THIS PERFORATION

**GARY T. BROTHERSON M.D., INC.**
1801 WEST 8TH STREET
ERIE, PA 16505

Direct Deposit Advice
Check Date: October 26, 2023
Voucher Number: 107597

***This is not a check***
Direct Deposit Voucher

LAURIE A MCKNIGHT-RICKGAUER
1754 Cherry St
Lake City, Pa 16423

**GARY T. BROTHERSON M.D., INC.**
1801 WEST 8TH STREET
ERIE, PA 16505

**Earnings Statement**

Check Date: November 09, 2023
Period Beginning: October 23, 2023
Period Ending: November 05, 2023

LAURIE A MCKNIGHT-RICKGAUER   Employee Number   78

| Pay Basis | Hourly | | | | | Department | 1 | Voucher Number | 107616 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Net Pay / Check Amount | 1,330.78 |

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Regular | 23.50 | 76.58 | 1799.63 | 1610.68 | 37851.04 |
| ER Contrib | 0.00 | | 53.99 | | 1253.96 |
| Vacation | | | | 104.00 | 2444.00 |
| Holiday | | | | 48.00 | 1128.00 |
| Personal | | | | 16.00 | 376.00 |
| **Total Gross Pay** | | 76.58 | 1799.63 | 1778.68 | 41799.04 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| FITW | S/1 | 1699.63 | 151.42 | 3531.51 |
| MED | | 1799.63 | 26.10 | 606.09 |
| MED-HI | | 1799.63 | | |
| PA | | 1799.63 | 55.25 | 1283.23 |
| PA-250201N | | 1799.63 | 21.24 | 493.23 |
| PA-ERI3 | | 1799.63 | 2.00 | 46.00 |
| PASUI-E | | 1799.63 | 1.26 | 29.26 |
| SS | | 1799.63 | 111.58 | 2591.54 |
| **Total Tax Withholding** | | | 368.85 | 8580.86 |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx0738 | xxxxxx2423 | 1330.78 |
| **Total Direct Deposits** | | 1330.78 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| 401K | 100.00 | 2300.00 |
| **Total Deductions** | 100.00 | 2300.00 |

| Accruals | Balance |
|---|---|
| Personal | 0.00 |
| Vacation | 16.00 |

--- REMOVE DOCUMENT ALONG THIS PERFORATION ---

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND GREEN ARE PRESENT

GARY T. BROTHERSON M.D., INC.
1801 WEST 8TH STREET
ERIE, PA 16505

Check Date: November 09, 2023
Voucher Number: 107616

**\*\*\*This is not a check\*\*\***
Direct Deposit Voucher

LAURIE A MCKNIGHT-RICKGAUER
1754 Cherry St
Lake City, Pa 16423