**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| | : | Bankruptcy No: 23-10600-JCM |
| Rick Wayne Rickgauer and | : | |
| Laurie Ann McKnight Rickgauer | : | |
| Aka Laurie Ann McKnight | : | |
| Aka Laurie Ann McKnight-Rickgauer, | : | |
| *Debtors*, | : | Chapter 13 |
| | : | |
| vs. | : | |
| | : | DOCKET NO.: 38 |
| | : | |
| Condor Securitization Trust | | |
| Attn: Bankruptcy, | : | |
| *Movant*, | : | |
| | : | |

**NOTICE OF**
**CHANGE OF ADDRESS**

**Creditor Name:**   **Condor Securitization Trust Attn: Bankruptcy**
**Incorrect Address:**   **165 Oser Ave. Hauppauge, NY 11788-3710**
**Correct Address:**   **9775 Clairemont Mesa Blvd San Diego, CA 92124**

Respectfully Submitted,

Date: <u>November 12, 2024</u>

<u>/s/Daniel P. Foster, Esquire</u>
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors