**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

09/24/2026

IN RE:

RICK WAYNE RICKGAUER
LAURIE ANN MCKNIGHT RICKGAUER
1754 CHERRY STREET
LAKE CITY, PA 16423
XXX-XX-9555 Debtor(s)

XXX-XX-8649

Case No.23-10600

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. **Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above, will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee. If you believe your claim will be adversely impacted, you should object to this Notice.**

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

9/24/2026

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

**KML LAW GROUP PC*** | Trustee Claim Number:1 INT %: 0.00% | CRED DESC: NOTICE ONLY
701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.:

CLAIM: 0.00
PHILADELPHIA, PA 19106 | COMMENT: NEW RSDNTL MORT/PRAE

**NEW RESIDENTIAL MORTGAGE LOAN TRUST 20** | Trustee Claim Number:2 INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN
C/O NATIONSTAR MORTGAGE LLC D/B/A MR CO | Court Claim Number:25 | ACCOUNT NO.: 4477
PO BOX 619094
CLAIM: 0.00
DALLAS, TX 75261-9741 | COMMENT: PMT/DECL*DKT4LMT*BGN 12/23

**ONE MAIN FINANCIAL GROUP LLC SVCR FOR O** | Trustee Claim Number:3 INT %: 10.00% | CRED DESC: VEHICLE
C/O ONE MAIN(*) | Court Claim Number:26 | ACCOUNT NO.: 2142
PO BOX 3251
CLAIM: 13,869.00
EVANSVILLE, IN 47731-3251 | COMMENT: $-%/STIP OE-PL*PMT/TT*W/39

**JEFFERSON CAPITAL SYSTEMS LLC(*)** | Trustee Claim Number:4 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
PO BOX 772813 | Court Claim Number:16 | ACCOUNT NO.: 9002

CLAIM: 2,432.11
CHICAGO, IL 60677-2813 | COMMENT: REF 3887177983*WEBBANK/AVANT

**AVANT LLC** | Trustee Claim Number:5 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
PO BOX 9183380 | Court Claim Number: | ACCOUNT NO.: 9030

CLAIM: 0.00
CHICAGO, IL 60691 | COMMENT: WEBBANK/SCH

**CAPITAL ONE NA BY AMERICAN INFOSOURCE -** | Trustee Claim Number:6 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
PO BOX 71083 | Court Claim Number:6 | ACCOUNT NO.: 9926

CLAIM: 2,888.53
CHARLOTTE, NC 28272-1083 | COMMENT:

**CAPITAL ONE NA BY AMERICAN INFOSOURCE -** | Trustee Claim Number:7 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
PO BOX 71083 | Court Claim Number:7 | ACCOUNT NO.: 2216

CLAIM: 2,123.03
CHARLOTTE, NC 28272-1083 | COMMENT:

**CAPITAL ONE NA BY AMERICAN INFOSOURCE -** | Trustee Claim Number:8 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
PO BOX 71083 | Court Claim Number:8 | ACCOUNT NO.: 2128

CLAIM: 1,142.44
CHARLOTTE, NC 28272-1083 | COMMENT:

**CAPITAL ONE BANK USA NA** | Trustee Claim Number:9 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
PO BOX 30281 | Court Claim Number: | ACCOUNT NO.: 6092

CLAIM: 0.00
SALT LAKE CITY, UT 84130 | COMMENT: NT ADR~WLMRT/SCH

**LVNV FUNDING LLC** | Trustee Claim Number:10 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
C/O RESURGENT CAPITAL SVCS | Court Claim Number:20 | ACCOUNT NO.: 8887
PO BOX 10587
CLAIM: 1,430.07
GREENVILLE, SC 29603-0587 | COMMENT: CREDIT ONE

**CLAIM RECORDS**

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:11 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:21 | ACCOUNT NO.: 0626 |
| PO BOX 10587 | | |
| | CLAIM: 1,304.45 | |
| GREENVILLE, SC 29603-0587 | COMMENT: CREDIT ONE | |
| **LVNV FUNDING LLC** | Trustee Claim Number:12 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:22 | ACCOUNT NO.: 7164 |
| PO BOX 10587 | | |
| | CLAIM: 1,129.98 | |
| GREENVILLE, SC 29603-0587 | COMMENT: CREDIT ONE | |
| **LVNV FUNDING LLC** | Trustee Claim Number:13 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:23 | ACCOUNT NO.: 2313 |
| PO BOX 10587 | | |
| | CLAIM: 678.87 | |
| GREENVILLE, SC 29603-0587 | COMMENT: CREDIT ONE | |
| **EVOLVE BANK AND TRUST** | Trustee Claim Number:14 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 6000 POPLAR AVE STE 300 | Court Claim Number: | ACCOUNT NO.: 4436 |
| | CLAIM: 0.00 | |
| MEMPHIS, TN 38119 | COMMENT: NT ADR/SCH | |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA** | Trustee Claim Number:15 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O JEFFERSON CAPITAL SYSTEMS LLC(*) | Court Claim Number:14 | ACCOUNT NO.: 1379 |
| PO BOX 772813 | | |
| | CLAIM: 927.06 | |
| CHICAGO, IL 60677-2813 | COMMENT: REF 3740852162 | |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA** | Trustee Claim Number:16 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O JEFFERSON CAPITAL SYSTEMS LLC(*) | Court Claim Number:15 | ACCOUNT NO.: 4441 |
| PO BOX 772813 | | |
| | CLAIM: 736.59 | |
| CHICAGO, IL 60677-2813 | COMMENT: REF 3740862283 | |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA** | Trustee Claim Number:17 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O JEFFERSON CAPITAL SYSTEMS LLC(*) | Court Claim Number:13 | ACCOUNT NO.: 4550 |
| PO BOX 772813 | | |
| | CLAIM: 738.38 | |
| CHICAGO, IL 60677-2813 | COMMENT: REF 3740851943 | |
| **QUANTUM3 GROUP LLC AGENT CONCORA CRE** | Trustee Claim Number:18 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:9 | ACCOUNT NO.: 4233 |
| PO BOX 2489 | | |
| | CLAIM: 493.42 | |
| KIRKLAND, WA 98083-2489 | COMMENT: TBOM | |
| **LVNV FUNDING LLC** | Trustee Claim Number:19 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:24 | ACCOUNT NO.: 4469 |
| PO BOX 10587 | | |
| | CLAIM: 324.19 | |
| GREENVILLE, SC 29603-0587 | COMMENT: WEBBANK~FNGRHT*JUDGMENT | |
| **MARINER FINANCE LLC*** | Trustee Claim Number:20 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| ATTN: BK DEPT | Court Claim Number:11 | ACCOUNT NO.: 0917 |
| 8110 CORPORATE DR | | |
| | CLAIM: 382.71 | |
| NOTTINGHAM, MD 21236 | COMMENT: X1719/SCH*SIGNED@SEAL4/30/19 | |

CLAIM RECORDS

| | | |
|---|---|---|
| **MERRICK BANK** | Trustee Claim Number:21 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS** | Court Claim Number:1 | ACCOUNT NO.: 4235 |
| POB 10368 | | |
| | CLAIM: 1,444.35 | |
| GREENVILLE, SC 29603-0368 | COMMENT: CC HLDNGS | |

| | | |
|---|---|---|
| **MERRICK BANK** | Trustee Claim Number:22 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS** | Court Claim Number:3 | ACCOUNT NO.: 1427 |
| POB 10368 | | |
| | CLAIM: 564.13 | |
| GREENVILLE, SC 29603-0368 | COMMENT: CC HLDNGS | |

| | | |
|---|---|---|
| **MIDNIGHT VELVET** | Trustee Claim Number:23 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O CREDITORS BANKRUPTCY SERVICE* | Court Claim Number: | ACCOUNT NO.: 129O |
| PO BOX 800849 | | |
| | CLAIM: 0.00 | |
| DALLAS, TX 75380 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **MISSION LANE** | Trustee Claim Number:24 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 105286 | Court Claim Number: | ACCOUNT NO.: 8198 |
| | | |
| | CLAIM: 0.00 | |
| ATLANTA, GA 30348 | COMMENT: | |

| | | |
|---|---|---|
| **MISSION LANE** | Trustee Claim Number:25 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 105286 | Court Claim Number: | ACCOUNT NO.: 9027 |
| | | |
| | CLAIM: 0.00 | |
| ATLANTA, GA 30348 | COMMENT: | |

| | | |
|---|---|---|
| **OPORTUN VISA** | Trustee Claim Number:26 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 2360 | Court Claim Number: | ACCOUNT NO.: 5418 |
| | | |
| | CLAIM: 0.00 | |
| OMAHA, NE 68103-2360 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **OPORTUN VISA** | Trustee Claim Number:27 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 2360 | Court Claim Number: | ACCOUNT NO.: 1642 |
| | | |
| | CLAIM: 0.00 | |
| OMAHA, NE 68103-2360 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC(*)** | Trustee Claim Number:28 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 772813 | Court Claim Number:12 | ACCOUNT NO.: 2003 |
| | | |
| | CLAIM: 810.29 | |
| CHICAGO, IL 60677-2813 | COMMENT: REF 3741134007*SYNC/CARE CREDIT | |

| | | |
|---|---|---|
| **SEED FI/CRB** | Trustee Claim Number:29 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O SST** | Court Claim Number:17 | ACCOUNT NO.: 5556 |
| BANKRUPTCY DEPARTMENT | | |
| 4315 PICKETT RD | CLAIM: 771.17 | |
| ST JOSEPH, MO 64503 | COMMENT: | |

| | | |
|---|---|---|
| **TBOM RETAIL** | Trustee Claim Number:30 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 4499 | Court Claim Number: | ACCOUNT NO.: 5366 |
| | | |
| | CLAIM: 0.00 | |
| BEAVERTON, OR 97076 | COMMENT: NO ADR/SCH | |

CLAIM RECORDS

| | | |
|---|---|---|
| **UPSTART** | Trustee Claim Number:31 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| ATTN LOAN OPERATIONS | Court Claim Number: | ACCOUNT NO.: 6493 |
| PO BOX 1503 | | |
| | CLAIM: 0.00 | |
| SAN CARLOS, CA 94070 | COMMENT: | |
| **AFFIRM INC** | Trustee Claim Number:32 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SERVICES | Court Claim Number:2 | ACCOUNT NO.: Q907 |
| PO BOX 10587 | | |
| | CLAIM: 176.97 | |
| GREENVILLE, SC 29603-0587 | COMMENT: NT/SCH*LOAN TAKEN 5/21/23 | |
| **AFFIRM INC** | Trustee Claim Number:33 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SERVICES | Court Claim Number:4 | ACCOUNT NO.: TQ5O |
| PO BOX 10587 | | |
| | CLAIM: 17.97 | |
| GREENVILLE, SC 29603-0587 | COMMENT: NT/SCH*LOAN TAKEN 5/10/23 | |
| **AFFIRM INC** | Trustee Claim Number:34 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SERVICES | Court Claim Number:5 | ACCOUNT NO.: 1E9E |
| PO BOX 10587 | | |
| | CLAIM: 50.24 | |
| GREENVILLE, SC 29603-0587 | COMMENT: NT/SCH*LOAN TAKEN 4/9/23 | |
| **QUANTUM3 GROUP LLC - AGENT FOR GALAXY** | Trustee Claim Number:35 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:10 | ACCOUNT NO.: 5861 |
| PO BOX 2489 | | |
| | CLAIM: 492.40 | |
| KIRKLAND, WA 98083-2489 | COMMENT: NT/SCH*TBOM | |
| **NEW RESIDENTIAL MORTGAGE LOAN TRUST 2** | Trustee Claim Number:36 INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
| C/O NATIONSTAR MORTGAGE LLC D/B/A MR CO | Court Claim Number:25 | ACCOUNT NO.: 4477 |
| PO BOX 619094 | | |
| | CLAIM: 7,905.65 | |
| DALLAS, TX 75261-9741 | COMMENT: $CL-PL*THRU 11/23 | |
| **UPMC PHYSICIAN SERVICES** | Trustee Claim Number:37 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O DCM SERVICES/BANKRUPTCY | Court Claim Number:19 | ACCOUNT NO.: 8649 |
| PO BOX 1123 | | |
| | CLAIM: 183.40 | |
| MINNEAPOLIS, MN 55440 | COMMENT: NT/SCH | |
| **UPMC HEALTH SERVICES** | Trustee Claim Number:38 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O DCM SERVICES/BANKRUPTCY | Court Claim Number:18 | ACCOUNT NO.: 9555 |
| PO BOX 1123 | | |
| | CLAIM: 7,050.00 | |
| MINNEAPOLIS, MN 55440 | COMMENT: NT/SCH*UPMC HAMOT | |
| **ONE MAIN FINANCIAL GROUP LLC SVCR FOR O** | Trustee Claim Number:39 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O ONE MAIN(*) | Court Claim Number:26 | ACCOUNT NO.: 2142 |
| PO BOX 3251 | | |
| | CLAIM: 6,401.03 | |
| EVANSVILLE, IN 47731-3251 | COMMENT: BAL AFTR OE*CL=3320.03*NO GEN UNS/SCH*W/3 | |
| **CONDOR SECURITIZATION TRUST** | Trustee Claim Number:40 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| ATTN: BANKRUPTCY | Court Claim Number: | ACCOUNT NO.: |
| 9775 CLAIREMONT MESA BLVD | | |
| | CLAIM: 0.00 | |
| SAN DIEGO, CA 92124 | COMMENT: /NTC | |